# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

General Electric Capital Corporation,
et al.,

        Plaintiffs,                  Civil No. 09-3533 (RHK/SRN)

vs.                                **DISQUALIFICATION AND
                                         ORDER FOR REASSIGNMENT**

Niles-Wiese Construction Co., Inc.,
et al.,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: December 11, 2009

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge